FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 18 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 3:22-cv-00037-DPM-ERE

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Michael Douglas Frazier
   ADC # 151108

   Address: _____

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   Name of plaintiff: _____
   ADC # _____

   This case assigned to District Judge Marshall
   and to Magistrate Judge Ervin

   Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Tammy Glenn
   Position: Nurse Practitioner
   Place of employment: Greene County Detention Center
   Address: 1809 N. Rockingchair Rd. Paragould AR. 72450
   Name of defendant: Brent Cox
   Position: Chief of Detention

Place of employment: Greene County Detention Center
Address: 1809 N. Rockingchair Rd. Paragould, AR 72450
Name of defendant: Supervised Sanction Program/Admin
Position: Sanction Facility for A.D.C.
Place of employment: Texarkana, AR. (Medical Dept.)
Address: _____
Name of defendant: Nurse Hannah
Position: Medical Employee
Place of employment: Greene County Detention Center
Address: 1809 N. Rockingchair Rd. Paragould, AR 72450

II. Are you suing the defendants in:

☑ official capacity only
☑ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.   Place of present confinement: *Greene County Detention Center 1809 N. Rockingchair Rd., Paragould, AR 72450*

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: *Parole Violation*

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓    No ____

    B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓     No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was forced to go 30 or so more days without my H.I.V. medication (around Aug - Nov. 2020) + another 40 or so days after being transferred to the Sanction Program in Texarkana AR. (Nov - late Dec.) which caused my numbers to raise to levels of irreversable + regrettable damage.

## - STATEMENT - OF FACTS

Late September, 2020, I was brought to the Greene Co. I was brought here for evading supervision and was sanctioned to the SSP program in Texarkana, in the old hospital where their RCF unit is, on the 7th floor.

I have been H.I.V. since 2008 and was diagnosed with it by Dr Jackson at the Dermott Unit in ADC and started 3 different medications immediately. I have been "undetected" the entire time with my C4 numbers staying well above 200.

I arrived here but ran out and the medical staff here, Mrs Tammy Glenn, "Fast-Tracked" me to the SSP program, but for 32 days awaiting transfer to the program, she and this administration did absolutely "NOTHING" to get my meds either, and they all are well aware of my medical status, as I have been here several times throughout the years.

In addition, once I arrived at the SSP unit I seen their provider, a lady who said she was familiar with me and my medical issues and medications and orders one of my meds and forgets the other two and they do not work unless all 3 are taken. I filed several grievances and exhausted their grievance procedure on several occasions. I stressed my concerns and facts about not having all my medications and tries to get back in front of their provider, but to no avail. I believe I was told that the provider was on vacation or something. The lady in charge of my file at the SSP program (which is the medical department for RCF),

caught covid and failed to pass my file and medical jacket to someone else, so I go an additional 44 days there without my meds. The inmates there said I was the color green.

Finally, I get back in front of a provider (on a TV screen), and a Ms Trice was at the bottom of the right corner, a nurse who helped cure my Hep C at the Wrightsville Unit. The provider (doctor) says, and I quote, "You mean to tell me you have been without your meds for 75 days. Oh, my God," "I hope I can get you out of this". Unquote.

It was a nightmare that I went through and the damage that they have allowed to happen to me is irreversable and I'm still going through it. They allowed my C4 numbers to plummet to 133, 100 being "Full-Blown AIDS" and theres no coming back from that. I cant even explain the pain and anguish and all the things that program and medical staff here and there put me through. I truly believe that they tried to kill me diliberately, and with "Diliberate indifference" because they knew and still did nothing about it. I received my meds 1 week before being released to "Quality Living" in Little Rock on Asher Ave. ~~3900~~ 3925 Asher Ave Little Rock, AR, 72204.

I set up a doctors appointment with Dr Kelly at Frazier Pike in Little Rock and he drew several vials of blood. None of the meds that I used to be on since 2008 are no longer any good or use to me.

I am on a new medicine (Davoto) and a month ago I finally got this facility to send me to AR-Care in Jonesboro. My case workers name is Shannon Hoffman 2913 King St. Suite #1 Jonesboro, AR 72401 (870) 932-0021 (Fax) 870-932-2601. My case manager when I got out was Ms Broadway in Pine Bluff, and I got her through Dr Kellys office on Frazier Pike. My doctor now is Dr Moore from the office at AR-Care in Jonesboro.

I was rearrested June 9th of this year and came here to the Greene Co Detention Center with my medicine and Ms Tammy Glenn let me run out of my meds again and I went 5 days without them, with 5 refills on the bottle labeled. In addition, Nurse Hanna from Turn Key Medical refused me my meds twice because I wasn't on the wall when the loudspeaker announced "Med-Call", but nobody got their meds because its hard to hear with the T.V blasting and 24 men screaming and playing cards. I got on the button but was refused my life-sustaining medications anyways. They also left me in a cell with an inmate who tested positive for Covid-19 when I was negative and I am also sending another 1983 form on that incident.

They also have made the grievence procedure unavailable to me since 9-02-21 because they refuse to answer my grievence and today is 10-12-21.

Everything is documented on the kiosk here at this facility, the grievences both here and the SSP program in Texarkana. They also refuse to notorize

THE 1983 FORM, THIS IS WHY I HAD TO SEND THEM AS IS. MY FAMILY, LAWYER, SAY THEY HAVEN'T GOTTEN ANY OF MY LETTERS AND I HAVE WRITTEN TO MY LAWYER 3 TIMES AND MY PAROLE OFFICER 3 TIMES AND HAVE HEARD ABSOLUTELY NOTHING FROM ANYONE.

    IN CONCLUSION, I HAVE BEEN APPROVED TO ENTER INTO AN ACC APPROVED TREATMENT CENTER AND I HAVE WRITTEN TO 3 AND HAVE HEARD NOTHING AS WELL. I HAVE BEEN DISCRIMINATED AGAINST AND HAVE BEEN DENIED TRUSTESS STATUS, WORK-RELEASE, IN DIRECT VIOLATION OF ADA. I AM IN FEAR OF MY LIFE HERE AND AM MAILING THIS OUT THROUGH AN INMATE THATS LEAVING FRIDAY BECAUSE I STRONGLY FEEL IT WON'T MAKE IT TO YOU IF I MAIL IT OUT FROM HERE.

    I AM LOOKING FORWARD TO HEARING FROM YOUR OFFICE SOON AND THANKING YOU IN ADVANCE.

SINCERELY,
MICHAEL D. FRAZIER

MICHAEL D. FRAZIER
INTAKE # 2653
1809 N. ROCKINGCHAIR RD.
PARAGOULD, AR. 72450

1) GRIEVANCES FILED AND EXHAUSTED BOTH HERE ? THE SSP PROGRAM.
2) MEDICAL RECORDS HERE, SSP PROGRAM, AR-CARE, DR. KELLY.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Legal & Constitutional Judgement, Criminal Charges, Pain & Suffering Comp., Counseling & Rehabilitative Comp.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____
Signature(s) of plaintiff(s)

Michael D. Frazier #019413
1175 Hoyd St.
Kennett, MO 63857






U.S. POSTAGE PAID
FCM LETTER
PARAGOULD, AR
72450
FEB 16, 22
AMOUNT
$0.40
1000  72201  R2304M110412-25

Pro SE Clerk
600 West Capital Ave, Room A149
Little Rock, AR
72201

72201-339919