# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**                                                                       **PLAINTIFF**
**#151108**

V.                              **NO. 3:22-cv-37-DPM-ERE**

**TAMMY GLENN,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Summonses have been returned "unexecuted" for Defendants Tammy Glenn, Brent Cox, and Hanna. *Docs. 7, 8, 9*. The Court was recently notified that Defendants Glenn and Hanna are employed by Turnkey Medical, a third party medical provider. In addition, the Court was recently provided, under seal, a last-known address for Defendant Brent Cox. *Doc. 10*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare new summonses for Defendants Glenn, Cox, and Hanna.

2. The United States Marshal is directed to serve the reissued summons, the complaint, and this Order on Defendants Glenn and Hanna through counsel for Turnkey Medical, Alexandra Gabrielle Ah Loy, Sweet Law Firm, 24 West Park Place, Oklahoma City, OK, 73103.

3. The Marshal is directed to serve the reissued summons, the complaint, and this Order on Defendant Cox at his last-known address, provided under seal,

without prepayment of fees or costs. Importantly, Defendant Cox's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

DATED this 29th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE