**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MICHAEL DOUGLAS FRAZIER**                                                **PLAINTIFF**
**#151108**

**V.**                                        **NO. 3:22-cv-37-DPM-ERE**

**TAMMY GLENN, *et al.***                                                **DEFENDANTS**

<u>**ORDER**</u>

Pending before the Court is Defendant Brent Cox's motion for leave to file his answer out of time. *Doc. 19*. Mr. Cox was served on April 11, 2022, but his lawyer only recently learned of this fact. Federal Rule of Civil Procedure 6(b) permits the Court to "for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Mr. Cox's excuse amounts to excusable neglect. Additionally, the answer is only ten days overdue. Allowing this marginally late filing will not prejudice Mr. Frazier.

IT IS THEREFORE ORDERED THAT:

1.      Mr. Cox's motion for leave to file his answer out of time (*Doc. 19*) is GRANTED.

2.      The Clerk is instructed to file the answer attached to Mr. Cox's motion (*Doc. 19-1*) as his answer to Mr. Frazier's complaint.

Dated this 12th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE