# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**     **PLAINTIFF**
**#151108**

V.     NO. 3:22-cv-37-DPM-ERE

**TAMMY GLENN,** *et al.*     **DEFENDANTS**

## ORDER

Plaintiff Michael Douglas Frazier has responded to the Court's Order directing him to identify the Jane Doe Defendants. *Doc. 27*. Mr. Frazier has identified this Defendant as Estelle Bland.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is instructed the docket sheet to reflect the identity of the Jane Doe Defendant as Estelle Bland.

2. The Court will address service on Defendant Bland by separate Order.

Dated this 15th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE