IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL DOUGLAS FRAZIER                                         PLAINTIFF
#151108

V.                          NO. 3:22-cv-37-DPM-ERE

TAMMY GLENN, *et al.*                                           DEFENDANTS

## ORDER

Plaintiff Michael Douglas Frazier, formerly an inmate at the Greene County Detention Facility, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. Mr. Frazier's complaint alleges that: (1) in September 2020, Detention Facility officials failed to provide him HIV medication for 32 days; (2) after he was transferred to the SSP program in Texarkana, Arkansas, the program administrator failed to provide him HIV medication for 44 additional days; and (3) in June 2022, when he was incarcerated again at the Detention Facility, staff failed to provide him HIV medication for five days. As a result, Mr. Frazier allegedly experienced "irrevers[i]ble" damage that continues to this day. *Id. at 6*. He sues three people who work or provide services for the Detention Facility: (1) nurse practitioner Tammy Glenn; (2) Chief of Detention Brent Cox; (3) and medical employee Hannah O'Neal.[1] All of these Defendants were previously served and have filed answers.

---

[1] The Clerk is instructed to update the docket sheet to reflect this Defendant's correct name – Hannah O'Neal. *Doc. 17*.

Mr. Frazier also sues a fourth Defendant, Estelle Bland, the "sanction program supervisor/admin" for the SSP program in Texarkana. She has not yet been served because she was originally listed as a Doe Defendant and was only recently identified by name.

For screening purposes, Mr. Frazier has stated a deliberate indifference claim against Ms. Bland. Counsel for the Arkansas Division of Correction (ADC) Medical Defendants has recently advised the Court that they will accept service on Defendant Bland's behalf. Accordingly, the Court now issues service through counsel for the ADC Medical Defendants.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court shall prepare a summons for Defendant Estelle Bland.

2. The United States Marshal is directed to serve Defendant Bland with a summons and a copy of the complaint (with any attachments) (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Defendant Bland should be attempted through Humphries, Odom & Eubanks, 1901 Broadway Street, Little Rock, AR 72206.

Dated this 29th day of August, 2022.

UNITED STATES MAGISTRATE JUDGE