## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**
**#2653**                                                                    **PLAINTIFF**

**v.**                                   **No. 3:22-cv-37-DPM-ERE**

**TAMMY GLENN, Nurse Practitioner,**
**Greene County Detention Center;**
**BRENT COX, Chief of Detention,**
**Greene County Detention Center;**
**HANNAH O'NEAL, Medical Employee,**
**Greene County Detention Center;  and**
**ESTELLE BLAND, Sanction Program**
**Supervisor/Admin, Medical Department**          **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 46*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Bland's motion for summary judgment, *Doc. 36*, is granted.  Frazier's claims against Bland are dismissed without prejudice.  The Court directs the Clerk to terminate Bland as a defendant in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_11 January 2023_