### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**                                                    **PLAINTIFF**
**#2653**

**V.**                            **NO. 3:22-cv-37-DPM-ERE**

**TAMMY GLENN,** *et al.*                                                      **DEFENDANTS**

### ORDER

On January 25, 2023, mail sent to Plaintiff Michael Douglas Frazier from the Court was returned as undeliverable. *Doc. 67.*

Mr. Frazier has failed to inform the Court of his address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Frazier regarding this lawsuit.

If Mr. Frazier wants to pursue this case, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

IT IS SO ORDERED this 26th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE