IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**
**#2653**                                                                                    PLAINTIFF

v.                             No. 3:22-cv-37-DPM

**TAMMY GLENN, Nurse Practitioner,**
**Greene County Detention Center;**
**BRENT COX, Chief of Detention,**
**Greene County Detention Center; and**
**HANNAH O'NEAL, Medical Employee,**
**Greene County Detention Center**                                      DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Frazier hasn't notified the Court of his current address and the time to do so has passed. *Doc. 68.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2023