IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL DOUGLAS FRAZIER #2653                 PLAINTIFF

v.                 No. 3:22-cv-37-DPM

TAMMY GLENN, Nurse Practitioner,
Greene County Detention Center;
BRENT COX, Chief of Detention,
Greene County Detention Center;
HANNAH O'NEAL, Medical Employee,
Greene County Detention Center; and
ESTELLE BLAND, Sanction Program
Supervisor/Admin, Medical Department            DEFENDANTS

## JUDGMENT

Frazier's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

2 March 2023