IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**     **PLAINTIFF**
**#151108**

V.          NO. 3:22-cv-37-DPM-ERE

**TAMMY GLENN,** *et al.*      **DEFENDANTS**

### ORDER

Pending before the Court is Plaintiff Michael Douglas Frazier's motion to clarify. Specifically, Mr. Frazier asks whether Ms. Bland is still a party in this case and about an errant order he received. Mr. Frazier's motion to clarify (*Doc. 100*) is GRANTED.

First, Ms. Bland is no longer a party. Second, the September 12, 2023, Order Mr. Frazier references was mistakenly filed in this case, as indicated on the docket sheet (*Doc. 99*), and Mr. Frazier may disregard it.

The Clerk of the Court is directed to send Mr. Frazier a copy of the docket sheet as well as docket entries 38, 46, 66.

So Ordered 25 September 2023.

_____
UNITED STATES MAGISTRATE JUDGE