# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHAEL DOUGLAS FRAZIER #151108                  PLAINTIFF

V.           NO. 3:22-cv-37-DPM-ERE

TAMMY GLENN, *et al.*                  DEFENDANTS

## ORDER

On December 27, 2023, the Court: (1) granted *pro se* plaintiff Michael Douglas Frazier's motion to reconsider its Order adopting my October 31, 2023 Recommendation (*Doc. 66*); (2) declined to adopt that Recommendation; (3) reinstated Defendant Bland's motion for summary judgment (*Doc. 36*); and (4) referred this motion back to me. *Doc. 112*. As a result, Defendant Bland may now have an opportunity to reply to Mr. Frazier's response to her motion for summary judgment.

IT IS THEREFORE ORDERED THAT Defendant Bland may have until January 19, 2024 to reply to Mr. Frazier's response to her motion for summary judgment.

SO ORDERED 3 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE