# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**                                           **PLAINTIFF**
**#151108**

**V.**                      **NO. 3:22-cv-37-DPM-ERE**

**TAMMY GLENN,** *et al.*                                                **DEFENDANTS**

## ORDER

*Pro se* plaintiff Michael Douglas Frazier has moved for a Court order compelling: (1) the grievance coordinator from the SSP Program in Texarkana, Arkansas, to provide all his grievance papers; and (2) Dr. Manuel R. Kelly to provide his lab reports from January through March of 2021. *Doc. 135*.

As to Mr. Frazier's first request, Defendant Bland's motion for summary judgment raising the issue of exhaustion remains pending. *Docs. 36, 112*. Mr. Frazier should be allowed to present any grievance papers related to his claims against Defendant Bland to the Court. This request is granted.

As to Mr. Frazier's second request, Mr. Frazier is currently proceeding on claims that: (1) in September 2020, Green County Detention Facility ("Detention Facility") officials failed to provide him HIV medication for 32 days; (2) after he was transferred to the SSP program in Texarkana, Arkansas, the program administrator failed to provide him HIV medication for 44 days; and (3) in June

2022, when he was again incarcerated at the Detention Facility, staff failed to provide him HIV medication for five days. *Doc. 2*.

Mr. Frazier fails to explain how his lab results from January through March of 2021 are arguably relevant to his pending claims. This request is denied.

IT IS THEREFORE ORDERED THAT:

1. Mr. Frazier's motion to compel (*Doc. 135*) is GRANTED in part and DENIED in part.

2. Within 14 days, Defendant Bland is instructed to file with the Court all grievance papers filed and/or appealed by Mr. Frazier filed during his assignment to the SSP Program.

So Ordered 8 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE