# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**                                            **PLAINTIFF**
**#151108**

V.                     **NO. 3:22-cv-37-DPM-ERE**

**TAMMY GLENN,** *et al.*                                                **DEFENDANTS**

## ORDER

*Pro se* plaintiff Michael Douglas Frazier has filed a motion to produce documents requesting that the Court order Dr. Manuel Kelley to produce his lab reports from January through March of 2022. *Doc. 143*. Mr. Frazier is currently proceeding on allegations that: (1) Defendants failed to provide him HIV medication when he was incarcerated in the Greene County Detention Center in October of 2020; (2) he went 31 days without his medication in October 2020 while he was awaiting transfer to the Supervised Sanction Program; (3) Defendant Glenn allowed him to be without medication for five days between June and August 2021; and (4) Defendant O'Neal refused him medication on two occasions. Mr. Frazier contends that these medication denials caused him to suffer irreversible damage.

At this time, discovery in this matter has closed and Defendants Brent Cox, Tammy Glenn, and Hannah O'Neal have moved for summary judgment on Mr.

Frazier's claims against them. *Docs. 94, 126, 129*.[1] However, the requested documents appear relevant to Mr. Frazier's claims and "proportional to the needs of the case." FED. R. CIV. P. 26(b)(1).

IT IS THEREFORE ORDERED THAT:

1. Mr. Frazier motion (*Doc. 143*) is GRANTED.

2. The Clerk is directed to prepare a subpoenas duces tecum and instruct the United States Marshal to serve it on Mr. Frazier's behalf. 28 U.S.C. § 1915(d) ("officers of the courts shall issue and serve all process, and perform all duties" in cases where the plaintiff is proceeding *in forma pauperis*). The subpoenas should be issued to the Custodian of Records for Dr. Kelley, 4206 Frazier Pike, Little Rock, Arkansas 72206.

3. Within 30 days, the Custodian of Records is directed to submit for the Court's review in this case any and all medical records for Mr. Frazier in January through March 2022.

4. The Court extends until **April 30, 2024**, the deadline for Mr. Frazier to respond to Defendants' motions for summary judgment (*Docs. 126, 129*) on the merits of his claims.

---

[1] Defendant Bland's motion for summary judgment raising the issue of exhaustion has been re-instated. *Doc. 112*. This Order does not extend any deadline relating to that motion.

SO ORDERED 28 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE