# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**  
**ADC #151108**                                                         PLAINTIFF

v.                       No. 3:22-cv-37-DPM-ERE

**TAMMY GLENN, Nurse Practitioner,**
**Greene County Detention Center;**
**BRENT COX, Chief of Detention,**
**Greene County Detention Center; and**
**HANNAH O'NEAL, Medical Employee,**
**Greene County Detention Center**                                      DEFENDANTS

## ORDER

Request for forms, *Doc. 166*, granted. The Court directs the Clerk to send Frazier a copy of Appellate Form 1A and Form 7. But an appeal would be premature. Frazier's claims against Estelle Bland were dismissed without prejudice, *Doc. 162*, but his case has not been dismissed. Magistrate Judge Ervin has recommended that his remaining claims be dismissed. Frazier's deadline to object to the recommendation is 6 June 2024.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

22 May 2024

# Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the _____
District of _____
Docket Number _____

| A.B., Plaintiff | |
|---|---|
| v. | Notice of Appeal |
| C.D., Defendant | |

_____ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the \_\_\_\_\_ Circuit from the final judgment entered on _____ (state the date the judgment was entered).

(s) _____
   *Attorney for* _____
   *Address*: _____

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.

```
_____
    [insert name of court; for example,
United States District Court for the District of Minnesota]
```

| | |
|---|---|
| A.B., Plaintiff | |
| v. | Case No. _____ |
| C.D., Defendant | |

     I am an inmate confined in an institution. Today, _____ [*insert date*], I am depositing the _____ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

     I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here_____

Signed on _____ [*insert date*]


[**Note to inmate filers:** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(C).*]