IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL DOUGLAS FRAZIER**
ADC #151108                                                                                     PLAINTIFF

v.                              No. 3:22-cv-37-DPM-ERE

TAMMY GLENN, Nurse Practitioner,
Greene County Detention Center;
BRENT COX, Chief of Detention,
Greene County Detention Center;
HANNAH O'NEAL, Medical Employee,
Greene County Detention Center;  and
ESTELLE BLAND, Sanction Program
Supervisor/Admin, Medical Department                                          DEFENDANTS

## JUDGMENT

Frazier's claims against Bland are dismissed without prejudice. His claims against Glenn, Cox, and O'Neal are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 September 2024